# Second Department, December, 1982

## (December 6, 1982)

■ Irving Bauer, Plaintiff, v 873 45th Street Corp. et al., Defendants. (Action No. 1.) 873 45th Street Corp., Appellant, v Irving Bauer, Individually and Doing Business as B. B. Management Company, Respondent. (Action No. 2.) — Appeal by 873 45th Street Corporation from an order of the Supreme Court, Kings County (Bellard, J.), dated May 20, 1982, which denied its motion to vacate a conditional order of preclusion and to compel Irving Bauer to accept its bill of particulars. Order affirmed, with $50 costs and disbursements. Appellant failed to set forth facts showing either a meritorious cause of action or that its inordinate delay in moving to vacate its default was excusable (see *Barash v Micucci,* 49 NY2d 594; *Abramowitz v Berger,* 20 AD2d 903; *Pakula v Rodin,* 66 AD2d 658). Weinstein, J. P., Gulotta, Niehoff and Rubin, JJ., concur.